UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

JOHNNY RAY DOLAN,

    Plaintiff,

v.                                     No. 5:09-CV165 JMM

FRED'S INC.,

    Defendant.

## ORDER OF VOLUNTARY DISMISSAL

Comes the Plaintiff, Johnny Ray Dolan, and announces to the Court that this cause should be dismissed as to Defendant, Fred's, Inc., without prejudice.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that this cause is dismissed as to Defendant, Fred's, Inc., without prejudice.

UNITED STATES DISTRICT JUDGE

DATE: Oct 15, 2009

APPROVED FOR ENTRY:

/s/John F. Gibson, Jr.
John F. Gibson, Jr. (AR # 66021)
P. O. Box 573
Monticello, Arkansas 71657
(870) 367-9792
Attorney for Plaintiff


/s/Robert B. C. Hale
Robert B. C. Hale, TN B.P.R. #13261
GLANKLER BROWN, PLLC
One Commerce Square, Suite 1700
Memphis, Tennessee 38103
(901) 525-1322
Attorneys for Fred's Stores of Tennessee, Inc.